**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Lucinda Kay Freeman aka Cindy Kay Freeman

               Debtor(s)

BK NO. 22-02244 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of First Horizon Bank and index same on the master mailing list.

                                Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
28 Nov 2022, 15:15:12, EST

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322