In re:                                                                 Case No. 22-02244-HWV

Lucinda Kay Freeman                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                   User: AutoDocke                                         Page 1 of 3

Date Rcvd: Jan 13, 2023                              Form ID: ntcnfhrg                                   Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lucinda Kay Freeman, 65 Greenlea Way, Chambersburg, PA 17202-4462 |
| 5507208 | + | AMERIPRO REC, 34505 W 12 MILE ROAD, FARMINGTON, MI 48331-3258 |
| 5507209 | + | CAP1/MARCS, PO BOX 30258, SALT LAKE CITY, UT 84130-0258 |
| 5507211 | | CCB/PIERCE, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5507212 | + | CHAMBERSBURG ANIMAL HOSPITAL, 1340 LINCOLN WAY E, CHAMBERSBURG, PA 17202-3099 |
| 5507218 | + | FIRST HORIZON BANK, 1 CORPORATE DRIVE STE 360, LAKE ZURICH, IL 60047-8945 |
| 5507222 | + | JESSE JAMES AUTO MART, 4599 MOLLY PITCHER HWY, CHAMBERSBURG, PA 17202-9231 |
| 5507226 | + | ORRSTOWN BANK MAIN OFFICE, 77 E KING STREET, SHIPPENSBURG, PA 17257-1351 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5507210 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 19:00:09 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5507213 | | Email/Text: documentfiling@lciinc.com | Jan 13 2023 18:55:00 | COMCAST CABLE (BK Notices), 676 ISLAND POND ROAD, MANCHESTER, NH 03109-4840 |
| 5507214 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 18:55:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5507215 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 13 2023 18:55:00 | CRDMGMCOMP, 2121 NOBLESTOWN ROAD, PITTSBURGH, PA 15205-3956 |
| 5507216 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 13 2023 18:55:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 5507217 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 13 2023 19:00:10 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5507231 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 13 2023 18:55:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5507219 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 13 2023 19:00:10 | FIRST PREMIER BANK, 3820 N LOUISE AVENUE, SIOUX FALLS SD 57107-0145 |
| 5507220 | ^ | MEBN | Jan 13 2023 18:50:17 | GEICO INS, ONE GEICO PLAZA, BETHESDA, MD 20811-0002 |
| 5507221 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2023 18:55:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5507223 | ^ | MEBN | Jan 13 2023 18:51:16 | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET |

| Recipient | Method | Date/Time | Address |
| --- | --- | --- | --- |
| | | | STREET, PHILADELPHIA, PA 19106-1541 |
| 5507224 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 19:00:10 | LVNV FUNDING LLC, BK NOTICES, 55 BEATTIE PL STE 110 MS576, GREENVILLE, SC 29601-5115 |
| 5508359 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 19:00:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5507225 | + Email/Text: bankruptcy@sccompanies.com | Jan 13 2023 18:55:00 | MONTGOMERY WARD, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5511185 | + Email/Text: bankruptcy@sccompanies.com | Jan 13 2023 18:55:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5511184 | + Email/Text: bankruptcy@sccompanies.com | Jan 13 2023 18:55:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5507227 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2023 19:00:17 | PORTFOLIO RECOVERY ASSOCIATES LLC, BK NOTICES, PO BOX 41067, NORFOLK, VA 23541 |
| 5507228 | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2023 18:55:00 | QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA 98083-0788 |
| 5507229 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 19:00:10 | RESURGENT CAPITAL SERVICES, CORRESPONDENCE, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5507230 | + Email/Text: bankruptcy@sw-credit.com | Jan 13 2023 18:55:00 | SW CREDIT SYS, 4120 INTERNATIONAL PKWY STE 1100, CARROLLTON, TX 75007-1958 |
| 5507232 | + Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 13 2023 18:55:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5507233 | + Email/Text: bankruptcytn@wakeassoc.com | Jan 13 2023 18:55:00 | VALLEY CREDIT SERVICE INC, PO BOX 2162, HAGERSTOWN, MD 21742-2162 |
| 5507234 | + Email/Text: bnc-bluestem@quantum3group.com | Jan 13 2023 18:55:00 | WEBBNK/FHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Dorothy L Mott | on behalf of Debtor 1 Lucinda Kay Freeman DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor First Horizon Bank mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Lucinda Kay Freeman,<br>aka Cindy Kay Freeman, | Chapter 13 |
| **Debtor 1** | Case No. 1:22−bk−02244−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 15, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: February 22, 2023<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing (*L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 13, 2023 |

ntcnfhrg (08/21)