United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 22-02244-HWV

Lucinda Kay Freeman     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 17, 2024     Form ID: pdf010     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lucinda Kay Freeman, 65 Greenlea Way, Chambersburg, PA 17202-4462 |
| 5507208 | + | AMERIPRO REC, 34505 W 12 MILE ROAD, FARMINGTON, MI 48331-3258 |
| 5507209 | + | CAP1/MARCS, PO BOX 30258, SALT LAKE CITY, UT 84130-0258 |
| 5507212 | + | CHAMBERSBURG ANIMAL HOSPITAL, 1340 LINCOLN WAY E, CHAMBERSBURG, PA 17202-3099 |
| 5507222 | + | JESSE JAMES AUTO MART, 4599 MOLLY PITCHER HWY, CHAMBERSBURG, PA 17202-9231 |
| 5507226 | + | ORRSTOWN BANK MAIN OFFICE, 77 E KING STREET, SHIPPENSBURG, PA 17257-1351 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5507210 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2024 18:50:09 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5507211 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 17 2024 18:45:00 | CCB/PIERCE, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5507213 | | Email/Text: documentfiling@lciinc.com | Jan 17 2024 18:44:00 | COMCAST CABLE (BK Notices), 676 ISLAND POND ROAD, MANCHESTER, NH 03109-4840 |
| 5507214 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 18:45:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5507215 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 17 2024 18:45:00 | CRDMGMCOMP, 2121 NOBLESTOWN ROAD, PITTSBURGH, PA 15205-3956 |
| 5507216 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 17 2024 18:45:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 5507217 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 17 2024 18:50:09 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5507231 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 17 2024 18:44:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5507218 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 17 2024 18:44:00 | FIRST HORIZON BANK, 1 CORPORATE DRIVE STE 360, LAKE ZURICH, IL 60047 |
| 5507219 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 17 2024 18:49:20 | FIRST PREMIER BANK, 3820 N LOUISE AVENUE, SIOUX FALLS SD 57107-0145 |
| 5507220 | + | Email/Text: argbsref@geico.com | Jan 17 2024 18:44:00 | GEICO INS, ONE GEICO PLAZA, BETHESDA, MD 20811-0002 |
| 5507221 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 17 2024 18:44:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5507223 | ^ | MEBN | Jan 17 2024 18:41:46 | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5507224 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 18:49:29 | LVNV FUNDING LLC, BK NOTICES, 55 BEATTIE PL STE 110 MS576, GREENVILLE, SC 29601-2165 |
| 5508359 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 18:49:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5507225 | + | Email/Text: bankruptcy@sccompanies.com | Jan 17 2024 18:45:00 | MONTGOMERY WARD, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5511185 | + | Email/Text: bankruptcy@sccompanies.com | Jan 17 2024 18:44:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5511184 | + | Email/Text: bankruptcy@sccompanies.com | Jan 17 2024 18:44:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5507227 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 18:50:09 | PORTFOLIO RECOVERY ASSOCIATES LLC, BK NOTICES, PO BOX 41067, NORFOLK, VA 23541 |
| 5507228 | | Email/Text: bnc-quantum@quantum3group.com | Jan 17 2024 18:45:00 | QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA 98083-0788 |
| 5507229 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 19:02:08 | RESURGENT CAPITAL SERVICES, CORRESPONDENCE, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5507230 | + | Email/Text: bankruptcy@sw-credit.com | Jan 17 2024 18:45:00 | SW CREDIT SYS, 4120 INTERNATIONAL PKWY STE 1100, CARROLLTON, TX 75007-1958 |
| 5507232 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 17 2024 18:44:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5507233 | + | Email/Text: bankruptcytn@wakeassoc.com | Jan 17 2024 18:44:00 | VALLEY CREDIT SERVICE INC, PO BOX 2162, HAGERSTOWN, MD 21742-2162 |
| 5507234 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 17 2024 18:45:00 | WEBBNK/FHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5518773 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, First Horizon Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: pdf010 | Total Noticed: 31 |

Date: Jan 19, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Lucinda Kay Freeman DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor First Horizon Bank mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Lucinda Kay Freeman | : | |
| Aka Cindy Kay Freeman | : | |
| Debtor(s) | : | |
| | : | CASE NO. 1:22-BK-02244-HWV |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 39 |
| vs. | : | |
| Lucinda Kay Freeman | : | |
| Aka Cindy Kay Freeman | : | MOTION TO DISMISS |
| Respondent(s) | : | |

## ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

Upon consideration of the Stipulation filed on January 17, 2024 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's motion to dismiss for failure to make plan payments on or about December 26, 2023.

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 17, 2024