United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02244-HWV |
| Lucinda Kay Freeman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Apr 17, 2025 | Form ID: pdf010 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lucinda Kay Freeman, 65 Greenlea Way, Chambersburg, PA 17202-4462 |
| 5507208 | + | AMERIPRO REC, 34505 W 12 MILE ROAD, FARMINGTON, MI 48331-3258 |
| 5507209 | + | CAP1/MARCS, PO BOX 30258, SALT LAKE CITY, UT 84130-0258 |
| 5507212 | + | CHAMBERSBURG ANIMAL HOSPITAL, 1340 LINCOLN WAY E, CHAMBERSBURG, PA 17202-3099 |
| 5507222 | + | JESSE JAMES AUTO MART, 4599 MOLLY PITCHER HWY, CHAMBERSBURG, PA 17202-9231 |
| 5507226 | + | ORRSTOWN BANK MAIN OFFICE, 77 E KING STREET, SHIPPENSBURG, PA 17257-1351 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5507210 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2025 18:54:22 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5507211 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2025 18:51:00 | CCB/PIERCE, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5507213 | | Email/Text: documentfiling@lciinc.com | Apr 17 2025 18:51:00 | COMCAST CABLE (BK Notices), 676 ISLAND POND ROAD, MANCHESTER, NH 03109-4840 |
| 5507214 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2025 18:51:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5507215 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 17 2025 18:51:00 | CRDMGMCOMP, 2121 NOBLESTOWN ROAD, PITTSBURGH, PA 15205-3956 |
| 5507216 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 17 2025 18:51:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 5507217 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 17 2025 18:54:27 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5507231 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 17 2025 18:51:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5507218 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 17 2025 18:51:00 | FIRST HORIZON BANK, 1 CORPORATE DRIVE STE 360, LAKE ZURICH, IL 60047 |
| 5507219 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 17 2025 18:54:26 | FIRST PREMIER BANK, 3820 N LOUISE AVENUE, SIOUX FALLS SD 57107-0145 |
| 5507220 | + | Email/Text: argbsref@geico.com | Apr 17 2025 18:51:00 | GEICO INS, ONE GEICO PLAZA, BETHESDA, MD 20811-0002 |
| 5507221 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 17 2025 18:51:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5507223 | ^ | MEBN | Apr 17 2025 18:46:32 | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5507224 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2025 18:54:23 | LVNV FUNDING LLC, BK NOTICES, 55 BEATTIE PL STE 110 MS576, GREENVILLE, SC 29601-2165 |
| 5508359 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2025 18:54:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5507225 | + | Email/Text: bankruptcy@sccompanies.com | Apr 17 2025 18:51:00 | MONTGOMERY WARD, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5511185 | + | Email/Text: bankruptcy@sccompanies.com | Apr 17 2025 18:51:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5511184 | + | Email/Text: bankruptcy@sccompanies.com | Apr 17 2025 18:51:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5507227 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2025 18:54:22 | PORTFOLIO RECOVERY ASSOCIATES LLC, BK NOTICES, PO BOX 41067, NORFOLK, VA 23541 |
| 5507228 | | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2025 18:51:00 | QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA 98083-0788 |
| 5507229 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2025 18:54:27 | RESURGENT CAPITAL SERVICES, CORRESPONDENCE, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5507230 | + | Email/Text: bankruptcy@sw-credit.com | Apr 17 2025 18:51:00 | SW CREDIT SYS, 4120 INTERNATIONAL PKWY STE 1100, CARROLLTON, TX 75007-1958 |
| 5507232 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 17 2025 18:51:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5507233 | + | Email/Text: bankruptcytn@wakeassoc.com | Apr 17 2025 18:51:00 | VALLEY CREDIT SERVICE INC, PO BOX 2162, HAGERSTOWN, MD 21742-2162 |
| 5507234 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 17 2025 18:51:00 | WEBBNK/FHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5518773 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, First Horizon Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 17, 2025 | Form ID: pdf010 | Total Noticed: 31 |

Date: Apr 19, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor First Horizon Bank bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Lucinda Kay Freeman DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Lucinda Kay Freeman
aka Cindy Kay Freeman

    Debtor 1

Chapter: 13

Case No.: 1:22-bk-02244-HWV

Jack N Zaharopoulos
Standing Chapter 13 Trustee
   vs.    Movant(s)

Lucinda Kay Freeman
aka Cindy Kay Freeman

    Respondent(s)

### ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 60, and the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 40, it is

**ORDERED** that the above-captioned case is **DISMISSED**. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 16, 2025