IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LUCINDA KAY FREEMAN | : | |
| aka Cindy Kay Freeman | : | CASE NO. 1:22-bk-02244 |
| Debtor | : | |
| | : | |
| | : | |

## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE

   Comes now the Debtor, Lucinda Kay Freeman, by and through the Dorothy L.Mott Law Office, LLC, and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on November 21, 2022
2. The Debtor's case has been dismissed.

   Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

                                          Respectfully submitted,
                                          /s/ Dorothy L. Mott
                                          _____

                                          Dorothy L. Mott, Esquire, Atty ID 43568
                                          Kara K. Gendron, Esquire, Atty ID 87577
                                          Mott & Gendron Law
                                          125 State Street
                                          Harrisburg, PA 17101
                                          Tel (717)232-6650
                                          Fax (717) 232-0477

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LUCINDA KAY FREEMAN | : | |
| aka Cindy Kay Freeman | : | CASE NO. 1:22-bk-02244 |
| | : | |
| | : | |
| Debtor | : | |

**ORDER**

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.