IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lucinda Kay Freeman aka Cindy Kay Freeman**<br>       **Debtor(s)** | BK NO. 22-02244 HWV<br><br>Chapter 13 |
| **First Horizon Bank**<br>       **Movant**<br>vs.<br><br>**Lucinda Kay Freeman aka Cindy Kay Freeman**<br>       **Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>       **Trustee** | Related to Claim No. 6 |

## CERTIFICATE OF SERVICE
### NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 08, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Lucinda Kay Freeman aka Cindy Kay Freeman
65 Greenlea Way
Chambersburg, PA 17202

Attorney for Debtor(s)
Dorothy L. Mott, Esq.
125 State Street (VIA ECF)
Harrisburg, PA 17101

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>March 08, 2023</u>

                       **/s/Michael P. Farrington Esq.**
                       Michael P. Farrington Esq.
                       Attorney I.D. 329636
                       KML Law Group, P.C.
                       BNY Mellon Independence Center
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106
                       (215) 825-6488
                       mfarrington@kmllawgroup.com